# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: § <br> § <br> HAMPTON BAY DINER CORP. § <br> § <br> Debtor § | Case No. 14-75577 RG |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  KENNETH P. SILVERMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 591,737.63       Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  11,687.31    Claims Discharged
                        Without Payment: NA

Total Expenses of Administration:  7,835.59

---

  3) Total gross receipts of $ 19,522.90  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 19,522.90  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 752,725.99 | $ 746,616.76 | $ 74,130.72 | $ 4,187.31 |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,556.61 | 7,835.59 | 7,835.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 83,636.56 | 83,636.56 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 504.54 | 145,857.85 | 145,857.85 | 7,500.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 428,461.30 | 1,033,752.12 | 1,011,107.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,181,691.83 | $ 2,022,419.90 | $ 1,322,568.15 | $ 19,522.90 |

4) This case was originally filed under chapter 11 on 12/17/2014 , and it was converted to chapter 7 on 07/13/2015 . The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2019           By: /s/KENNETH P. SILVERMAN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNT | 1129-000 | 3,000.12 |
| CASH REGISTER RECEIPTS | 1229-000 | 213.00 |
| REFUND FROM NATIONAL GRID FOR UTILITIES | 1229-000 | 1,309.78 |
| EARNEST MONIES DEPOSIT - 506(C) CARVEOUT | 1229-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 19,522.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Progressive Credit Union 131 West 33rd St New York, NY 10001 | | 0.00 | NA | NA | 0.00 |
| | Progressive Credit Union 131 West 33rd St New York, NY 10001 | | 0.00 | NA | NA | 0.00 |
| | Progressive Credit Union 131 West 33rd St New York, NY 10001 | | 0.00 | NA | NA | 0.00 |
| 000012 | PROGRESSIVE CREDIT UNION | 4110-000 | 587,290.30 | 676,673.35 | 4,187.31 | 4,187.31 |
| 000006A | DICARLO DISTRIBUTORS INC. | 4220-000 | 154,377.52 | 53,700.22 | 53,700.22 | 0.00 |
| 000003A | IRS | 4300-000 | 11,058.17 | 16,243.19 | 16,243.19 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 752,725.99** | **$ 746,616.76** | **$ 74,130.72** | **$ 4,187.31** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:KENNETH P. SILVERMAN, ESQ. | 2100-000 | NA | 1,130.73 | 1,130.73 | 1,130.73 |
| SILVERMANACAMPORA LLP | 2300-000 | NA | 15.59 | 15.59 | 15.59 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EMPIRE NATIONAL BANK | 2600-000 | NA | 320.00 | 320.00 | 320.00 |
| SUZANNE BRIENZA ESQ | 2690-000 | NA | 4,721.02 | 0.00 | 0.00 |
| UNITED STATES TRUSTEE EDNY | 2950-000 | NA | 1,298.50 | 1,298.50 | 1,298.50 |
| GREAT AMERICAN BROKERAGE INC. | 2990-000 | NA | 1,100.00 | 1,100.00 | 1,100.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SILVERMAN ACAMPORA LLP | 3210-000 | NA | 3,620.77 | 3,620.77 | 3,620.77 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):PRAGER METIS CPAS LLC | 3410-000 | NA | 350.00 | 350.00 | 350.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,556.61 | $ 7,835.59 | $ 7,835.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OTHER PRIOR CHAPTER PROFESSIONAL FEES: RUSKIN MOSCOU FALTISCHEK, P.C. | 6700-000 | NA | 54,883.22 | 54,883.22 | 0.00 |
| NEW YORK STATE DEPARTMENT OF TAXATI | 6820-000 | NA | 239.19 | 239.19 | 0.00 |
| CHAROS PROPERTIES, LLC | 6920-000 | NA | 28,514.15 | 28,514.15 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 83,636.56 | $ 83,636.56 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | IRS | 5800-000 | 504.54 | 619.28 | 619.28 | 31.84 |
| 000002A | NEW YORK STATE DEPARTMENT OF TAXATI | 5800-000 | NA | 145,238.57 | 145,238.57 | 7,468.16 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 504.54 | $ 145,857.85 | $ 145,857.85 | $ 7,500.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clare Rose Inc. 255 Pinelawn Drive Melville, NY 11747 | | 1,423.40 | NA | NA | 0.00 |
| | GT FOOD SERVICE 85K Hoffman Lane Islandia, NY 11749 | | 50,555.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Janowski's Hamburgers 15 South Long Beach Road Rockville Centre, NY 11570 | | 6,000.00 | NA | NA | 0.00 |
| | Maggio Sanitation 88 Old Dock Rd. Yaphank, NY 11980 | | 1,169.76 | NA | NA | 0.00 |
| | OPTIMUM 200 Jericho Quadrangle Jericho, NY 11753 | | 311.13 | NA | NA | 0.00 |
| | PSEGLI PO Box 888 Hicksville, NY 11802 | | 3,549.79 | NA | NA | 0.00 |
| | Restaurant Depot 1335 Lakeland Ave Bohemia, NY 11716 | | 12,670.00 | NA | NA | 0.00 |
| | Royal Wine Merchants 13 South William St New York, NY 10004 | | 133.23 | NA | NA | 0.00 |
| 000009B | CHAROS PROPERTIES LLC | 7100-000 | 274,903.78 | 532,837.99 | 532,837.99 | 0.00 |
| 000006B | DICARLO DISTRIBUTORS INC. | 7100-000 | NA | 108,899.80 | 108,899.80 | 0.00 |
| 000001 | EMPIRE MERCHANTS | 7100-000 | 1,862.23 | 1,862.23 | 1,862.23 | 0.00 |
| 000003C | IRS | 7100-000 | NA | 980.88 | 980.88 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | METROPOLITAN FOODS, | 7100-000 | 26,953.91 | 22,644.69 | 0.00 | 0.00 |
| 000008 | METROPOLITAN FOODS, | 7100-000 | NA | 22,644.69 | 22,644.69 | 0.00 |
| 000013 | NATIONAL GRID | 7100-000 | NA | 6,490.37 | 6,490.37 | 0.00 |
| 000004 | NATIONAL GRID1 | 7100-000 | 6,849.39 | 6,069.92 | 6,069.92 | 0.00 |
| 000002B | NEW YORK STATE DEPARTMENT OF TAXATI | 7100-000 | NA | 37,228.46 | 37,228.46 | 0.00 |
| 000014 | PSEG LI | 7100-000 | NA | 18,771.01 | 18,771.01 | 0.00 |
| 000005 | PSEG LONG ISLAND | 7100-000 | 12,747.58 | 18,771.01 | 18,771.01 | 0.00 |
| 000017 | US FOODS, INC. | 7100-000 | 29,331.21 | 30,130.07 | 30,130.07 | 0.00 |
| 000018 | AMTRUST NORTH AMERICA, INC. | 7200-000 | NA | 1,421.00 | 1,421.00 | 0.00 |
| 000019 | CATHERINE OROFINO | 7200-000 | NA | 225,000.00 | 225,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 428,461.30 | $ 1,033,752.12 | $ 1,011,107.43 | $ 0.00 |

010117
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit 8

Case No: 14-75577 RG Judge: ROBERT E. GROSSMAN  
Case Name: HAMPTON BAY DINER CORP.  

Trustee Name: KENNETH P. SILVERMAN  
Date Filed (f) or Converted (c): 07/13/15 (c)  
341(a) Meeting Date: 08/11/15  

For Period Ending: 09/23/19  
Claims Bar Date: 06/13/16  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT | 2,360.10 | 3,000.12 | | 3,000.12 | FA |
| 2. UNLIQUIDATED CLAIMS | Unknown | 0.00 | OA | 0.00 | FA |
| 3. INTANGIBLE ASSETS | 13,606.00 | 13,606.00 | OA | 0.00 | FA |
| Notice of Abandonment of Diner and Assets associated therein - Doc. No. 112 | | | | | |
| 4. OFFICE EQUIPMENT | 1,500.00 | 1,500.00 | OA | 0.00 | FA |
| 5. MACHINERY AND FIXTURES | 17,560.62 | 17,560.62 | OA | 0.00 | FA |
| 6. INVENTORY | 17,500.00 | 17,500.00 | OA | 0.00 | FA |
| 7. PORTABLE STRUCTURE DINER BUILDING | 541,571.01 | 541,571.01 | OA | 0.00 | FA |
| 8. CASH REGISTER RECEIPTS (u) | 0.00 | 213.00 | | 213.00 | FA |
| 9. REFUND FROM NATIONAL GRID FOR UTILITIES (u) | 0.00 | 1,309.78 | | 1,309.78 | FA |
| 10. EARNEST MONIES DEPOSIT - 506(C) CARVEOUT (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $594,097.73 | $611,260.53 | | $19,522.90 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee expects to close this case on or before March 31, 2019. The Trustee held this matter open to investigate the (i) possible sale of the diner business and (ii) a potential claim against the Town of South Hampton. The Trustee inspected the Debtor's premises and arranged a cleanup and removal of perishables. Great American Brokerage Inc. was retained as broker to market and sell the Debtor's business. The Trustee negotiated a carve-out with the secured lender for $15,000, and obtained Court approval of same. The Trustee determined that the continued pursuit of claims against the Town of South Hampton would not be beneficial for the creditors of this estate. The Trustee is analyzing

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-75577   RG   Judge: ROBERT E. GROSSMAN | Trustee Name: | KENNETH P. SILVERMAN |
| Case Name: | HAMPTON BAY DINER CORP. | Date Filed (f) or Converted (c): | 07/13/15 (c) |
| | | 341(a) Meeting Date: | 08/11/15 |
| | | Claims Bar Date: | 06/13/16 |

claims and preparing to close this case.


Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 03/31/19

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-75577 -RG | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|
| Case Name: | HAMPTON BAY DINER CORP. | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******5247  MAIN CHECKING ACCT |
| Taxpayer ID No: | *******6480 | | |
| For Period Ending: | 09/23/19 | Blanket Bond (per case limit): | $ 62,289,805.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/15 | 1 | SUFFOLK COUNTY NATIONAL BANK O/B/O DEBTOR HAMPTON BAY DINER CORP. | T/O OF DIP ACCOUNT BALANCE | 1129-000 | 3,000.12 | | 3,000.12 |
| 07/24/15 | 8 | SILVERMANACAMPORA LLP IOLA FOR HAMPTON BAY DINER CORP. | T/O OF CASH RECEIPTS FROM LOCATION | 1229-000 | 213.00 | | 3,213.12 |
| 08/03/15 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,203.12 |
| 09/01/15 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,193.12 |
| 09/29/15 | 9 | NATIONAL GRID | REFUND FROM UTILITIES | 1229-000 | 1,309.78 | | 4,502.90 |
| 10/01/15 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,492.90 |
| 11/02/15 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,482.90 |
| 12/01/15 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,472.90 |
| 01/04/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,462.90 |
| 01/05/16 | 000100 | SILVERMANACAMPORA LLP | REIMBURSEMENT OF TRUSTEE'S BOND PREMIUM FOR PERIOD 1/1/16-1/1/17 | 2300-000 | | 1.71 | 4,461.19 |
| 02/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,451.19 |
| 03/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,441.19 |
| 04/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,431.19 |
| 05/02/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,421.19 |
| 06/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,411.19 |
| 07/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,401.19 |
| 08/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,391.19 |
| 09/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,381.19 |
| 10/03/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,371.19 |
| 11/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,361.19 |
| 12/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,351.19 |
| 12/22/16 | 000101 | SILVERMANACAMPORA LLP | REIMBURSEMENT OF TRUSTEE'S BOND PREMIUM FOR PERIOD 1/1/17-12/31/17 | 2300-000 | | 1.33 | 4,349.86 |
| 01/03/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,339.86 |
| 02/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,329.86 |

Page Subtotals        4,522.90        193.04

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 14-75577 -RG | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|
| Case Name: | HAMPTON BAY DINER CORP. | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******5247  MAIN CHECKING ACCT |
| Taxpayer ID No: | *******6480 | | |
| For Period Ending: | 09/23/19 | Blanket Bond (per case limit): | $ 62,289,805.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,319.86 |
| 04/03/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,309.86 |
| 05/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,299.86 |
| 06/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,289.86 |
| 07/03/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,279.86 |
| 08/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,269.86 |
| 09/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,259.86 |
| 10/02/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,249.86 |
| 11/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,239.86 |
| 12/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,229.86 |
| 01/02/18 | 000102 | SILVERMANACAMPORA LLP | TRUSTEE'S BOND PREMIUM BOND NO. 016027942 FOR PERIOD 1/1/18-1/1/19 | 2300-000 | | 1.27 | 4,228.59 |
| 01/02/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,218.59 |
| 02/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,208.59 |
| 03/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,198.59 |
| 09/14/18 | | Transfer from Acct #*******0198 | Bank Funds Transfer PER ORDER DATED 8/2/18 | 9999-000 | 15,000.00 | | 19,198.59 |
| 01/04/19 | 000103 | SILVERMANACAMPORA LLP | REIMBURSEMENT OF TRUSTEE'S BOND PREMIUM FOR PERIOD 1/1/19-1/1/20 | 2300-000 | | 11.28 | 19,187.31 |
| 09/03/19 | 000104 | KENNETH P. SILVERMAN, ESQ. | Chapter 7 Compensation/Fees | 2100-000 | | 1,130.73 | 18,056.58 |
| 09/03/19 | 000105 | UNITED STATES TRUSTEE EDNY CENTRAL ISLIP DIVISION LONG ISLAND FEDERAL COURTHOUSE 560 FEDERAL PLAZA CENTRAL ISLIP, NY 11722 | FINAL DISTRIBUTION | 2950-000 | | 1,298.50 | 16,758.08 |
| 09/03/19 | 000106 | GREAT AMERICAN BROKERAGE INC. 100 West Park Avenue, Suite 309 Long Beach, NY 11561 | FINAL DISTRIBUTION | 2990-000 | | 1,100.00 | 15,658.08 |
| 09/03/19 | 000107 | SILVERMANACAMPORA LLP | FINAL DISTRIBUTION | 3210-000 | | 3,620.77 | 12,037.31 |

Page Subtotals    15,000.00    7,292.55

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 14-75577 -RG | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|
| Case Name: | HAMPTON BAY DINER CORP. | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******5247  MAIN CHECKING ACCT |
| Taxpayer ID No: | *******6480 | | |
| For Period Ending: | 09/23/19 | Blanket Bond (per case limit): | $ 62,289,805.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/03/19 | 000108 | 100 JERICHO QUADRANGLE, STE 300<br>JERICHO, NY 11753<br>PRAGER METIS CPAS LLC | FINAL DISTRIBUTION | 3410-000 | | 350.00 | 11,687.31 |
| 09/03/19 | 000109 | 401 HACKENSACK AVENUE, 4TH FLOOR<br>HACKENSACK, NJ 07601<br>PROGRESSIVE CREDIT UNION<br>C/O PLATZER, SWERGOLD ET AL.<br>475 PARK AVENUE SOUTH, 18TH FLOOR<br>NEW YORK, NY 10016<br>ATTN: CLIFFORD A. KATZ, ESQ. | FINAL DISTRIBUTION | 4110-000 | | 4,187.31 | 7,500.00 |
| 09/03/19 | 000110 | IRS<br>2970 MARKET ST.<br>PHILADELPHIA, PA 19104 | FINAL DISTRIBUTION | 5800-000 | | 31.84 | 7,468.16 |
| 09/03/19 | 000111 | NEW YORK STATE DEPARTMENT OF<br>TAXATION &<br>FINANCE<br>BANKRUPTCY SECTION<br>P O BOX 5300<br>ALBANY NEW YORK 12205-0300 | FINAL DISTRIBUTION | 5800-000 | | 7,468.16 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,522.90 | 19,522.90 | 0.00 |
| Less:  Bank Transfers/CD's | 15,000.00 | 0.00 | |
| Subtotal | 4,522.90 | 19,522.90 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,522.90 | 19,522.90 | |

Page Subtotals    0.00    12,037.31

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Case 8-14-75577-reg    Doc 138    Filed 10/22/19    Entered 10/22/19 16:11:48

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 14-75577 -RG | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|
| Case Name: | HAMPTON BAY DINER CORP. | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******0198  EARNEST MONIES ACCOUNT |
| Taxpayer ID No: | *******6480 | | |
| For Period Ending: | 09/23/19 | Blanket Bond (per case limit): | $ 62,289,805.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/18 | 10 | PROGRESSIVE CREDIT UNION | 506(C) CARVE OUT PAYOUT AS CARVE OUT PER CONVERSION ORDER DATED 7/13/15 AND A NEGOTIATED AGREEMENT | 1229-000 | 15,000.00 | | 15,000.00 |
| 09/14/18 | | Transfer to Acct #*******5247 | Bank Funds Transfer PER ORDER DATED 8/2/18 | 9999-000 | | 15,000.00 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 15,000.00 | |
| | Subtotal | 15,000.00 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 15,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MAIN CHECKING ACCT - ********5247 | 4,522.90 | 19,522.90 | 0.00 |
| EARNEST MONIES ACCOUNT - ********0198 | 15,000.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 19,522.90 | 19,522.90 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     15,000.00     15,000.00

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*